## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## HELENA DIVISION

**SONYA WATSON**                                                                           **PLAINTIFF**

**CASE NO.:  2:11CV00126 KGB**

**PALESTINE-WHEATLEY**
**SCHOOL DISTRICT NO. 23, et al.**                                                **DEFENDANTS**

### ORDER

The trial in this matter scheduled to begin at 9:30 a.m. on July 15, 2013, in Courtroom #314 , 617 Walnut Street, Helena, Arkansas, will now begin on Wednesday, July 17, 2013, at 9:30 a.m. in the same location.  This order directs a change in the start time of the trial from that stated in the Final Scheduling Order entered in this matter (Dkt. No. 13).  All other deadlines set forth in the Final Scheduling Order remain in effect.

IT IS SO ORDERED this 8th day of July, 2013.

_____
KRISTINE G. BAKER
UNITED STATES DISTRICT JUDGE