IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

**SONYA WATSON**                                                                           **PLAINTIFF**

**v.**                              **No. 2:11CV00126 KGB**

**PALESTINE-WHEATLEY SCHOOL**
**DISTRICT NO. 23** *et al.*                                                **DEFENDANTS**

## JUDGMENT

This matter came for jury trial on the 17th day of July, 2013. Plaintiff Sonya Watson appeared through her attorney Shawn Garrick Childs. Defendants Palestine-Wheatley School District No. 23, Jon Estes, James Smith, Vernon Thweatt, Derrick Boileau, Jimmy Cook, Gary Caldwell, Kevin Lawson, and Jared Parker appeared through their attorneys William Clay Brazil and Dustin Thomas Chapman. All parties announced ready for trial. A jury of eleven was duly selected and sworn.

On July 18, 2013, the jury returned a verdict as follows:

## VERDICT FORM

**Note:**    Answer Question 1 by writing in the name required by your verdict.

**Question 1:**    On the race discrimination claim of plaintiff Sonya Watson, we find in favor of:

<em>Defendants</em>

(Ms. Watson)            or            (Defendants)

_/s/ Elliott Ahrens_
Foreperson

Dated:    _07-18-2013_

**Note:**    Answer Question 2 only if the above finding is in favor of Ms. Watson.

**Question 2:**    Has it been proved that the defendants would not have promoted Ms. Watson to assistant bookkeeper regardless of her race?

_____Yes            _____No
(Mark an "X" in the appropriate space)

_____
Foreperson

Dated:    _____

**Note:**    Answer Question 3 only if your answer to Question 2 is "no."

**Question 3:**

We find Ms. Watson's lost wages and benefits through the date of this verdict to be:

$_____ (stating the amount or, if none, write the word "none").

We find Ms. Watson's other damages, excluding lost wages and benefits, to be:

$_____ (stating the amount, or, if you find that Ms. Watson's damages do not have a monetary value, write in the nominal amount of One Dollar ($1.00)).

We assess punitive damages as submitted in Instruction 11, as follows:

Jon Estes            $_____ (stating the amount or, if none, write the word "none").

    Vernon Thweatt  $_____ (stating the amount or, if none, write the word "none").

    Derrick Boileau  $_____ (stating the amount or, if none, write the word "none").

    Jimmy Cook  $_____ (stating the amount or, if none, write the word "none").

    Gary Caldwell  $_____ (stating the amount or, if none, write the word "none").

    Jared Parker  $_____ (stating the amount or, if none, write the word "none").

              _____
               Foreperson

Dated: _____

Judgment is entered on the jury's verdict in favor of Palestine-Wheatley School District No. 23, Jon Estes, James Smith, Vernon Thweatt, Derrick Boileau, Jimmy Cook, Gary Caldwell, Kevin Lawson, and Jared Parker.

SO ORDERED this 24th day of July, 2013.

_____
Kristine G. Baker
United States District Judge